UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-61728-CIV-O'SULLIVAN
[CONSENT]

FERNANDO BORGES,
and all others similarly situated
individuals,
    Plaintiff,

v.

THE KEISER SCHOOL, INC.,
a Florida corporation,
    Defendant.
_____/

<b><u>ORDER</u></b>

THIS MATTER is before the Court following notice from the plaintiff's counsel's office that the parties reached a settlement at mediation. Accordingly, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Monday, February 23, 2009 at 10:00 A.M.** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED in Chambers at Miami, Florida this **20th** day of February, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record